IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00171-BNB

ANTHONY RAY MARTINEZ,

    Plaintiff,

v.

DENVER DEPUTY SHERIFF DAVID O. MARTINEZ, in his official and individual capacity,
DENVER DEPUTY SHERIFF SGT. SULLIVAN, Bld. 22, in his official and individual capacity, and
DENVER DEPUTY SHERIFF SGT. ROMERO, Bld. 6 & 8, in his official and individual capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 21 2006

GREGORY C. LANGHAM
CLERK

## ORDER

In response to the Court's Order to Show Cause dated October 26, 2006, Plaintiff Anthony Ray Martinez has filed a document titled "Response Motion and Motion to Show Cause." In the Response, Plaintiff asserts that he could not send "motions" to the Court because the prison law library will not process papers for a case that has been closed pursuant to the Colorado Department of Corrections Administrative Regulation 750-01. Mr. Martinez refers to an attachment, Attachment No. 1, that he asserts proves he was not able to send motions to the Court. He further asserts that now because the case has been reinstated his motions will be processed and he can comply with 28 U.S.C. § 1915.

The Court has reviewed the Response and Attachment 01, Request for Legal Assistance. The Court assumes that Mr. Martinez is referring to copies of his inmate account statement when he refers to motions. Nonetheless, neither the Response nor the Attachment provide a proper response to the Court's October 26, 2006, Order.

In the October 26, 2006, Order, the Court directed Plaintiff to show cause regarding his financial status from at the earliest May 1, 2005, until the present. Plaintiff submitted a copy of his inmate account that shows the deposits and withdrawals in his account from April 10, 2006, until November 6, 2006. Plaintiff has failed to provide to the Court a copy of his inmate account from May 1, 2005, until April 10, 2006, so that the Court may determine Plaintiff's financial status during this time and his ability to have made monthly payments.

Whether Plaintiff was in the Colorado State Hospital from February 2005 until April 2005 is of no consequence in this case as the time in question is after April 2005. The Court also will not take note of what Plaintiff has submitted in a separate case in this Court. Mr. Martinez is responsible for providing the required information in the instant action. Plaintiff, therefore, will be directed to submit to the Court a copy of his inmate account statement that includes information regarding the deposits, withdrawals, and balances from May 1, 2005, until the present date. Accordingly, it is

ORDERED that Plaintiff shall have **thirty days from the date of this Order** to submit to the Court a **certified** copy of his inmate account statement that includes all deposits, withdrawals, and balances in his account from May 1, 2005, until the present date. It is

FURTHER ORDERED that if Plaintiff fails to comply with the instant order, the Complaint and the action will be dismissed without further notice.

DATED November 21, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00171-ZLW

Anthony Ray Martinez
Prisoner No. 114709
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81002

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  11/21/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk