IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, C( ~~~~ )

JAN 2 4 2007

GREC ~~ HAM
~~ LERK

Civil Action No. 05-cv-00171-BNB

ANTHONY RAY MARTINEZ,

     Plaintiff,

v.

DENVER DEPUTY SHERIFF DAVID O. MARTINEZ, In his Official and Individual
     Capacity,
DENVER DEPUTY SHERIFF SGT. SULLIVAN, Bld. 22, In his Official and Individual
     Capacity, and
DENVER DEPUTY SHERIFF SGT. ROMERO, Bld. 6 & 8, In his Official and Individual
     Capacity,

     Defendants.

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

On January 31, 2005, the Court entered an order granting Plaintiff Anthony Ray

Martinez leave to proceed pursuant to 28 U.S.C. § 1915 without payment of an initial

partial filing fee. At the time Mr. Martinez initiated the instant action, he was in the

custody of Colorado Department of Corrections and was incarcerated at the San Carlos

Correctional Facility in Pueblo, Colorado. Although Mr. Martinez was a prisoner when

he initiated this action, on January 12, 2007, he filed a Notice of Change of address

informing the Court that he has been released from custody and is residing in Denver,

Colorado.

Mr. Martinez's continuing obligation to pay the filing fee is to be determined, like

any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis*

status. *See Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); *see also McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2[d] Cir. 1996). Therefore, Mr. Martinez will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Martinez may elect to pay the $350.00 filing fee in order to pursue his claims in this action. The January 31, 2005, Order granting Plaintiff leave to proceed pursuant to § 1915 without payment of an initial partial filing fee, therefore, will be vacated. Accordingly, it is

ORDERED that the January 31, 2005, Order granting Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915 without payment of an initial partial filing fee is vacated because Mr. Martinez no longer is incarcerated. It is

FURTHER ORDERED that Mr. Martinez, submit **within thirty days from the date of this Order**, an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Martinez may elect to pay the $350.00 filing fee in order to pursue his claims in this action. It is

FURTHER ORDERED that the Amended Motion shall be titled, "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

2

FURTHER ORDERED that the Clerk of the Court mail to Mr. Martinez, at his new address, together with a copy of this Order, two copies of a Court-approved Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, for use by **nonprisoners** in submitting 28 U.S.C. § 1915 motions.  It is

FURTHER ORDERED that if Mr. Martinez fails **within thirty days from the date of this Order** to submit an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, or to pay the $350.00 filing fee, the action will be dismissed without further notice.

DATED January 24, 2007, at Denver, Colorado.

BY THE COURT:

_s/ Boyd N. Boland_____
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00171-BNB

Anthony Ray Martinez
5154 W. Kentucky Ave.
Denver, CO 80219

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on _____1-24-07_____

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk