IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 5 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00171-BNB

ANTHONY RAY MARTINEZ,

    Plaintiff,

v.

DENVER DEPUTY SHERIFF DAVID O. MARTINEZ, in his official and individual capacity, and
DENVER DEPUTY SHERIFF SGT. SULLIVAN, Bld. 22, in his official and individual capacity,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On February 26, 2007, Plaintiff filed a Request for access to a legal library. Plaintiff's Request is denied as premature and unnecessary.

Dated: March 5, 2007

Copies of this Minute Order mailed on March 5, 2007, to the following:

Anthony Ray Martinez
5154 W. Kentucky Avenue
Denver, CO 80219

_____
Secretary/Deputy Clerk