IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00171-BNB

ANTHONY RAY MARTINEZ,

    Plaintiff,

v.

DENVER DEPUTY SHERIFF DAVID O. MARTINEZ, in his official and individual
    capacity, and
DENVER DEPUTY SHERIFF SGT. SULLIVAN, Bld. 22, in his official and individual
    capacity,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On February 20, 2007, Plaintiff filed a document titled "Plaintiff's Motion to Show Cause and Notice of Change of Address Pursuant to Court Order." The Court has taken notice of the change of Address. The Motion to Show Cause is DENIED as unnecessary.

Dated: March 7, 2007

Copies of this Minute Order mailed on March 7, 2007, to the following:

Anthony Ray Martinez
6090 Smith Rd
Denver, CO 80216

                                          Secretary/Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 7 - 2007

GREGORY C. LANGHAM
CLERK