IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00171-EWN-BNB

ANTHONY RAY MARTINEZ,

Plaintiff,

v.

DENVER DEPUTY SHERIFF, DAVID O. MARTINEZ (in his official and individual capacity),
DENVER DEPUTY SHERIFF, SGT. SULLIVAN, bld 22 (in his official and individual capacity),
and
DENVER DEPUTY SHERIFF, SGT, ROMERO, bld 6 and 8 (in his official and individual
capacity),

Defendants.

_____

**ORDER**

_____

This matter arises in connection with my Order to Show Cause [Doc. # 75, filed

10/9/2007]. The plaintiff has established good cause for his failure to appear at the preliminary

pretrial conference.

IT IS ORDERED that the Order to Show Cause is DISCHARGED.

Dated October 23, 2007.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge