IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00171-EWN-BNB

ANTHONY RAY MARTINEZ,

Plaintiff,

v.

DENVER DEPUTY SHERIFF, DAVID O. MARTINEZ (in his official and individual capacity),
DENVER DEPUTY SHERIFF, SGT. SULLIVAN, bld 22 (in his official and individual capacity),
and
DENVER DEPUTY SHERIFF, SGT, ROMERO, bld 6 and 8 (in his official and individual capacity),

Defendants.

_____

**ORDER**
_____

This matter is before me on the defendants' **Motion to Compel Pursuant to Fed.R.Civ.P. 37(a)** [Doc. #81, filed 11/13/07] (the "Motion"). The Motion was not served on the plaintiff at his address of record. Accordingly,

IT IS ORDERED that the Motion is STRICKEN.

Dated November 16, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge