IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 05–cv–00171–EWN–BNB

ANTHONY RAY MARTINEZ,

    Plaintiff,

v.

DENVER DEPUTY SHERIFF,
DAVID O. MARTINEZ (in his official and individual
capacity),
DENVER DEPUTY SHERIFF,
SGT. SULLIVAN, bld 22 (in his official and individual
capacity),
DENVER DEPUTY SHERIFF,
SGT. ROMERO, bld 6 and 8 (in his official and
individual capacity),

    Defendants.

---

# ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

---

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed December 11, 2007. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

    1. The recommendation is ACCEPTED.

2. Plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE pursuant to D.C.COLO.LCivR 41.1 for failure to prosecute and failure to comply with court orders.

DATED this 8th day of January, 2008.

                                  BY THE COURT:

                                  s/ Edward W. Nottingham
                                  EDWARD W. NOTTINGHAM
                                  Chief United States District Judge