IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00171-EWN-BNB

ANTHONY RAY MARTINEZ,

    Plaintiff,

v.

DENVER DEPUTY SHERIFF,
DAVID O. MARTINEZ (in his official and individual capacity),
DENVER DEPUTY SHERIFF,
SGT. SULLIVAN, bld 22 (in his official and individual capacity),
DENVER DEPUTY SHERIFF,
SGT. ROMERO, bld 6 and 8 (in his official and individual capacity),

    Defendants.

---

ORDER DENYING MOTION TO SHOW CAUSE FOR LEAVE TO PROCEED ON APPEAL PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

Plaintiff has submitted a Prisoner's Motion To Show Cause (#106) requesting Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. The court has examined the file and has determined that the motion must be denied. Pursuant to 28 U.S.C. § 1915(a)(3), the court finds that this appeal is not taken in good faith because Plaintiff has not shown the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised on appeal. Accordingly, it is

ORDERED that the Prisoner's Motion to Show Cause requesting Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. 24 is denied.

DATED at Denver, Colorado this 29th day of May, 2008.

BY THE COURT:

s/ Edward W. Nottingham
CHIEF UNITED STATES DISTRICT JUDGE