IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00171-MSK-BNB

ANTHONY RAY MARTINEZ,

Plaintiff,

v.

DENVER DEPUTY SHERIFF, DAVID O. MARTINEZ (in his official and individual capacity),
DENVER DEPUTY SHERIFF, SGT. SULLIVAN, bld 22 (in his official and individual capacity), and
DENVER DEPUTY SHERIFF, SGT, ROMERO, bld 6 and 8 (in his official and individual capacity),

Defendants.

## ORDER

The parties appeared this morning for a status conference following remand of this case from the circuit court. I made rulings on the record, which are incorporated here. Consistent with the matters discussed this morning:

IT IS ORDERED that the plaintiff's Motion to Compel [Doc. # 69, filed 9/28/2007] is reinstated as a pending motion. The Order [Doc. # 89, filed 11/26/2007] denying the plaintiff's Motion to Compel as abandoned is VACATED, and the Clerk of the Court is directed to modify the docket sheet to show the plaintiff's Motion to Compel as pending.

IT IS FURTHER ORDERED that the defendants shall mail to the plaintiff a copy of defendants' Motion to Compel Pursuant to Fed. R. Civ. P. 37(a) [Doc. # 85, filed 11/16/2008] by close of business today.

IT IS FURTHER ORDERED that the plaintiff shall respond to defendants' Motion to Compel Pursuant to Fed. R. Civ. P. 37(a) on or before **December 19, 2008**.

IT IS FURTHER ORDERED that the dispositive motion deadline is extended to **April 15, 2009**.

Dated November 17, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge