IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00171-MSK-BNB

ANTHONY RAY MARTINEZ,

Plaintiff,

v.

DENVER DEPUTY SHERIFF, DAVID O. MARTINEZ (in his official and individual capacity),
DENVER DEPUTY SHERIFF, SGT. SULLIVAN, bld 22 (in his official and individual capacity), and
DENVER DEPUTY SHERIFF, SGT, ROMERO, bld 6 and 8 (in his official and individual capacity),

Defendants.

## ORDER

Consistent with my Order [Doc. # 133, filed 1/21/2009], and in addition to the requirements imposed by that Order:

IT IS ORDERED that the plaintiff shall provide to the defendants on or before **February 4, 2009**, a supplemental response to Interrogatory No. 6 which fully and completely responds to the interrogatory.

Dated January 22, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge