IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-00171-MSK-BNB

ANTHONY RAY MARTINEZ,

       Plaintiff,

v.

DENVER DEPUTY SHERIFF DAVID O. MARTINEZ, in his official and individual capacity; ,

       Defendants.

## ORDER DISMISSING CLAIMS AGAINST DEFENDANTS

THIS MATTER comes before the Court on Plaintiff's Motion to Remove Defendants Sullivan and J. Romero (Motion) **(#151)**. In the Motion, the Plaintiff states that he has "reached a conflict resolution" with these Defendants.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and all claims against Defendant Sergeant Sullivan and Defendant Sergeant J. Romero are hereby dismissed without prejudice. All future captions shall so reflect.

DATED this 26th day of June, 2009.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge